1  Peter C. Catalanotti, Esq. (SBN 230743)
   **MANNING & KASS**
2  **ELLROD, RAMIREZ, TRESTER** LLP
   One California Street, Suite 1100
3  San Francisco, CA 94111
   Telephone:    (415) 217-6990
4  Facsimile:    (415) 217-6999

5  Attorneys for Defendant
   BORIS FRENKEL (erroneously sued as BORIS FRANKEL)
6

7

8              IN THE UNITED STATES DISTRICT COURT

9         THE NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

10 FEDERAL DEPOSIT INSURANCE          ) Case:  C11-03279 LHK
   CORPORATION, as receiver for INDYMAC )
11 BANK, F.S.B.,                      ) STIPULATION BETWEEN PLAINTIFF AND
                                      ) DEFENDANT FRENKEL THAT PLAINTIFF
12                        Plaintiff,  ) WILL NOT SEEK ATTORNEY'S FEES IN
                                      ) THIS ACTION
13 vs.                                )
                                      )
14 BORIS FRANKEL, an individual and dba, )
   APPRAISAL CHOICE; and ALEXANDER    )
15 FURMAN, individually and dba, REAL  )
   WORLD,                             )
16                                    )
                          Defendants. )
17 _____  )

18     TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

19     WHEREAS Plaintiff filed a Complaint on or around July 5, 2011 requesting attorney's fees

20 from all defendants.

21     WHEREAS Plaintiff and Defendant Frenkel have agreed through counsel that plaintiff has

22 not properly pleaded its claim for attorney's fees from Defendant Frenkel.

23     WHEREAS the parties prefer to stipulate that plaintiff will dismiss its claim for attorney's

24 fees from Defendant Frenkel without prejudice rather than conduct timely and costly law and

25 motion work that will not promote judicial economy.

26 ///

27 ///

28 ///

1  WHEREAS Plaintiff and Defendant Frenkel do hereby agree and stipulate that plaintiff's
2  claim for attorney's fees from Defendant Frenkel shall be dismissed without prejudice.
3  IT IS SO STIPULATED.
4
5  August 17, 2011

   Peter C. Catalanotti
   Manning & Kass, Ellrod, Ramirez, Trester LLP
6  Attorney for Defendant Frenkel

7  August 17, 2011

   Jennifer S Muse
8  Vanessa H. Widener
   Anderson, McPharlin & Conners LLP
9  Attorneys for Plaintiff

   IT IS SO ORDERED.
10 DATED: August 22, 2011

   /s/ Lucy H. Koh
11 Honorable Lucy H. Koh
   United States District Judge