**GRANTED**
*Lucy H. Koh*
Judge Lucy H. Koh

NEIL A. HELFMAN (California SBN 129567)
454 Dimm St.
Richmond, California 94805
Tel: (510) 230-4933
Fax: (510) 230-4933
Email: Nhelfman28@aol.com
Attorney for Defendant Alexander Furman

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT CALIFORNIA,

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION as a Receiver for INDYMAC BANK F.S.B.<br><br>Plaintiff<br><br>vs.<br><br>BORIS FRANKEL, an individual and dba Appraisal Choice; ALEXANDER FURMAN, and dba Real World<br><br>Defendants. | Case No**.:** C11-03279 LHK<br><br>DEFENDANT ALEXANDER FURMAN'S NOTICE OF REQUEST AND REQUEST FOR COUNSEL TO PARTICIPATE TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE<br><br>Honorable Judge Lucy H. Koh<br><br>Date:   October 12, 2011<br>Time:   2:00 p.m.<br>Courtroom: 4<br><br>Filing Date: July 5, 2011 |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Counsel for defendant Alexander Furman, who lives and works in Richmond, California, hereby respectfully requests leave from the Court to participate by telephone for the Case

1
**FURMAN'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE**

Management Conference of this action which is currently scheduled for October 12, 2011 at 2:00 p.m. before the Honorable Lucy H. Koh, Courtroom 4, 5th floor.

Dated:  October 5, 2011

                  <u>/s/  Neil A. Helfman</u>
                  NEIL A. HELFMAN
                  Attorney for Alexander Furman