# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Federal Deposit Insurance
Corporation as Receiver for
IndyMac Bank, F.S.B.

              Plaintiff(s),

    v.

Boris Frankel, an individual and
dba Appraisal Choice, et al.

              Defendant(s).

/ _____

CASE NO. 11-03279-LHK

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the
following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
☐   Non-binding Arbitration (ADR L.R. 4)
☐    Early Neutral Evaluation (ENE)  (ADR L.R. 5)
☒   Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is
appreciably more likely to meet their needs than any other form of ADR, must participate in an
ADR phone conference and may not file this form. They must instead file a Notice of Need for
ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
☒   Private ADR *(please identify process and provider)*   The parties will participate

in private mediation. Mediator to be selected and mediation completed by February 27, 2012.

The parties agree to hold the ADR session by:
☐   the presumptive deadline *(The deadline is 90 days from the date of the order
        referring the case to an ADR process unless otherwise ordered.)*

☒   other requested deadline   February 27, 2012

Dated: September 21, 2011

                                _____
                                Attorney for Plaintiff

Dated: September 21 2011

                                _____
                                Attorney for Defendant
                                Frenkel PETER C.CATALANOTTI

Dated: _____

                                _____
                                Attorney for Defendant Furman

Dated: _____

American LegalNet, Inc.
www.USCourtForms.com

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Federal Deposit Insurance
Corporation as Receiver for
IndyMac Bank, F.S.B.

               Plaintiff(s),

        v.

Boris Frankel, an individual and
dba Appraisal Choice, et al.

               Defendant(s).

                    /

CASE NO. 11-03279-LHK

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**

☐ Non-binding Arbitration (ADR L.R. 4)
☐ Early Neutral Evaluation (ENE)   (ADR L.R. 5)
☒ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**

☒ Private ADR *(please identify process and provider)* The parties will participate

in private mediation.  Mediator to be selected and mediation completed by February 27, 2012.

The parties agree to hold the ADR session by:

☐ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

☒ other requested deadline February 27, 2012

Dated: September     , 2011

_____
Attorney for Plaintiff

Dated: September     , 2011

_____
Attorney for Defendant
Frenkel

Dated: _____

_____
Attorney for Defendant Furman
NEIL R. HELFMAN

American LegalNet, Inc.
www.USCourtForms.com

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

☐  Non-binding Arbitration
☐  Early Neutral Evaluation (ENE)
☒  Mediation
☐  Private ADR

Deadline for ADR session
☐  90 days from the date of this order.
☒  other February 27, 2012

IT IS SO ORDERED.

Dated:   October 14, 2011

*Lucy H. Koh*
UNITED STATES          JUDGE

Doc No. 900348

American LegalNet, Inc.
www.USCourtForms.com