Peter C. Catalanotti, SBN 230743
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
One California Street, Suite 1100
San Francisco, CA 94111
Telephone:   (415) 217-6990
Facsimile:    (415) 217-6999

Attorneys for Defendant
BORIS FRENKEL (erroneously sued as BORIS FRANKEL)

*GRANTED*
*Judge Lucy H. Koh*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as receiver for INDYMAC BANK, F.S.B., <br><br> Plaintiff, <br><br> vs. <br><br> BORIS FRANKEL, an individual and dba, APPRAISAL CHOICE; and ALEXANDER FURMAN, individually and dba, REAL WORLD, <br><br> Defendants. | Civil Action No.:  C11-03279 LHK <br><br> **DEFENDANT BORIS FRENKEL'S NOTICE OF REQUEST AND REQUEST FOR COUNSEL TO PARTICIPATE TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE** <br><br> Date:          January 11, 2012 <br> Time:          2:00 p.m. <br> Courtroom:  8 |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

      Counsel for Defendant Boris Frenkel, who lives and works in San Francisco, California, hereby respectfully requests leave from the Court to participate by telephone for the Case Management Conference in this action which is currently scheduled for January 11, 2012 at 2:00 p.m. before the Honorable Lucy H. Koh, Courtroom 8, 4th floor.

Dated: December 21, 2011

        **MANNING & KASS**
        **ELLROD, RAMIREZ, TRESTER LLP**

        By:   /S/
             Peter C. Catalanotti

        Attorneys for Defendant,
        BORIS FRENKEL