# UNITED STATES DISTRICT COURT

### NORTHERN District of CALIFORNIA

FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for INDYMAC BANK, F.S.B.

                         Plaintiff (s),

           V.

BORIS FRANKEL, et al.

                         Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: C11-03279-LHK (PSG)

Notice is hereby given that, subject to approval by the court, FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for INDYMAC BANK, F.S.B. (Party (s) Name) substitutes SUSAN D. CONDON (Name of New Attorney), State Bar No. 143417 as counsel of record in place of Jesse S. Hernandez, Vanessa H. Widener and Jennifer S. Muse of Anderson, McPharlin & Conners, LLP (Name of Attorney (s) Withdrawing Appearance).

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | GCA LAW PARTNERS LLP |
| Address: | 1891 Landings Dr., Mountain View, CA 94043 |
| Telephone: | (650) 428-3900     Facsimile (650) 428-3901 |
| E-Mail (Optional): | scondon@gcalaw.com |

I consent to the above substitution.

Date: December 27, 2011

FEDERAL DEPOSIT INSURANCE CORPORATION

*Richard J. Gill* (signature)
(Signature of Party (s))

I consent to being substituted.

Date: December 21, 2011

ANDERSON, McPHARLIN & CONNERS LLP
/s/ Vanessa H. Widener /s/
/s/ Jennifer S. Muse /s/
/s/ Jesse S. Hernandez /s/
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: December 21, 2011

GCA LAW PARTNERS LLP
/s/ Susan D. Condon /s/
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: January 2, 2012

*Lucy H. Koh*
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

American LegalNet, Inc.
www.FormsWorkflow.com

920766.1