NEIL A. HELFMAN (California SBN 129567)
454 Dimm St.
Richmond, California 94805
Tel: (510) 230-4933
Fax: (510) 230-4933
Email: Nhelfman28@aol.com
Attorney for Defendant Alexander Furman

GRANTED
*Lucy H. Koh*
Judge Lucy H. Koh

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT CALIFORNIA,

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION as a Receiver for INDYMAC BANK F.S.B.<br><br>    Plaintiff<br><br>    vs.<br><br>BORIS FRANKEL, an individual and dba Appraisal Choice; ALEXANDER FURMAN, and dba Real World<br><br>    Defendants. | Case No.: C11-03279 LHK<br><br>DEFENDANT ALEXANDER FURMAN'S NOTICE OF REQUEST AND REQUEST FOR COUNSEL TO PARTICIPATE TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE<br><br>Honorable Judge Lucy H. Koh<br><br>Date: January 11, 2012<br>Time: 2:00 p.m.<br>Courtroom: 4 (5th floor)<br><br>Filing Date: July 5, 2011 |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Counsel for defendant Alexander Furman, who lives and works in Richmond, California, hereby respectfully requests leave from the Court to participate by telephone for the Case

Management Conference of this action which is currently scheduled for January 11, 2012 at 2:00 p.m. before the Honorable Lucy H. Koh, Courtroom 4, 5th floor.

Dated:  January 9, 2011

                        /s/  Neil A. Helfman
                        NEIL A. HELFMAN
                        Attorney for Alexander Furman