| | |
|---|---|
| 1 | SUSAN D. CONDON (State Bar No. 143417) |
|   | scondon@gcalaw.com |
| 2 | VALERIE M. WAGNER (State Bar No. 173146) |
|   | vwagner@gcalaw.com |
| 3 | GCA LAW PARTNERS LLP |
|   | 1891 Landings Dr. |
| 4 | Mountain View, CA 94043 |
|   | Telephone: (650) 428-3900 |
| 5 | Facsimile: (650) 428-3901 |

Attorneys for FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for INDYMAC BANK, F.S.B.

**GRANTED**

*Lucy H. Koh*
Judge Lucy H. Koh

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for INDYMAC BANK, F.S.B., | Case No. C11-03279-LHK (PSG) |
| Plaintiff, | FEDERAL DEPOSIT INSURANCE CORP.'S NOTICE OF REQUET AND REQUEST FOR COUNSEL TO PARTICIPATE TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE |
| vs. | |
| BORIS FRANKEL, an individual and dba APPRAISAL CHOICE; and ALEXANDER FURMAN, an individual and dba REAL WORLD, | Date:       April 11, 2012<br>Time:       2:00 p.m.<br>Courtroom: 8, 4th Floor |
| Defendants. | |

NOTICE AND REQUEST TO PARTICIPATE TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE; CASE NO. C11-03279-LHK (PSG)

Counsel for Plaintiff FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for INDYMAC BANK, F.S.B. ("FDIC"), who lives in San Francisco, California, and works in Mountain View, California, hereby respectfully requests leave from the Court to participate by telephone at the Case Management Conference scheduled for April 11, 2012, at 2:00 p.m. before the Honorable Lucy H. Koh, Courtroom 8, 4th Floor.

DATED: March 22, 2012            GCA LAW PARTNERS LLP

By:   /s/ Valerie M. Wagner
          Valerie M. Wagner

Attorneys for Plaintiff FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for INDYMAC BANK, F.S.B.