UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for INDYMAC BANK, F.S.B.,<br><br>          Plaintiff,<br>     v.<br><br>BORIS FRANKEL, an individual and dba APPRAISAL CHOICE; and ALEXANDER FURMAN, an individual and dba REAL WORLD<br><br>          Defendants. | Case No.: 11-CV-03279-LHK<br><br>ORDER REGARDING STATUS OF SETTLEMENT AND DISMISSAL |

The parties have indicated that they have agreed to a settlement in principle between all parties. The terms of the settlement between the parties dictate that FDIC will not file its stipulated dismissal as to defendant Frenkel until after defendant Frenkel makes his monetary payment to FDIC, which is to take place within 30 days after the formal settlement agreement is signed. The parties anticipate that the settlement agreement will be signed next week. Accordingly, FDIC and defendant Frenkel shall file a stipulated dismissal by June 4, 2012.

Additionally, the parties have indicated that FDIC will not file its stipulated dismissal as to defendant Furman until after defendant Furman makes his monetary payment to FDIC, which is to take place within five months after the formal settlement agreement is signed. Accordingly, prior to the further case management conference set for July 18, 2012, FDIC and defendant Furman shall

1

1  file a Joint Case Management Statement setting forth the status of the settlement agreement as

2  between those parties.  All other case schedule deadlines remain as set.

3  **IT IS SO ORDERED.**

4  Dated: April 26, 2012

_____
LUCY H. KOH
United States District Judge

2

Case No.: 11-CV-03279-LHK
ORDER REGARDING STATUS OF SETTLEMENT AND DISMISSAL